UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Aouchette et al.,<br><br>                    Plaintiffs,<br><br>          v.<br><br>United States of America et al.,<br><br>                    Defendants. | 25-CV-7542 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

      Given the parties' failure to submit the joint letter called for in this Court's September 24, 2025 Order, the November 25, 2025 pretrial conference is hereby **ADJOURNED** to **December 2, 2025 at 1:00 p.m.** This is the second adjournment, and no further adjournments will be entered except for good cause shown. The conference will be held via Microsoft Teams. The parties should dial in by calling (646) 453-4442 and entering the Phone Conference ID: 881 781 038, followed by the pound (#) sign. Consistent with this Court's September 24, 2025 Order, the Parties are **DIRECTED** to confer with each other prior to the conference and **ORDERED** to file on ECF a joint letter described in that Order. The letter shall be filed no later than **Wednesday, November 26, 2025**.

SO ORDERED.

Dated: November 24, 2025
       New York, New York

                                                    DALE E. HO
                                    United States District Judge