UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Haytham Aouchette, et al.,

                    Plaintiffs,

            v.

United States of America, et al.,

                    Defendants.

25-CV-7542 (DEH)

<u>ORDER</u>

DALE E. HO, United States District Judge:

    Parties are DIRECTED to submit the joint letter called for in this Court's September 24

Order, ECF No. 6, by TODAY, December 1, 2025. Failure to comply with Court orders may

result in sanctions including dismissal for failure to prosecute.

SO ORDERED.

Dated:  December 1, 2025
        New York, New York

                                    DALE E. HO
                                    United States District Judge